IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

AHMADU BABA-SINGHRI,

    Plaintiff,                         :

                                      Case No. 3:03cv429

                                  JUDGE WALTER HERBERT RICE

    vs.                              :

CENTRAL STATE UNIVERSITY, *et al.*,

    Defendants.                  :

---

DECISION AND ENTRY SUSTAINING IN PART AND OVERRULING IN PART, WITHOUT PREJUDICE TO RENEWAL, DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (DOC. #26)

---

Based upon reasoning and citations of authority, to be set forth in an Expanded Opinion which will be filed shortly, the Court sustains in part and overrules in part, without prejudice to renewal, the Motion for Summary Judgment filed by the Defendants (Doc. #26).

September 30, 2005

                                        /s/ Walter Herbert Rice
                                  WALTER HERBERT RICE, JUDGE
                                  UNITED STATES DISTRICT COURT

Copies to:
Counsel of record